1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  UNITED STATES OF AMERICA,

9                    Plaintiff,            CASE NO. MJ20-470

10        v.                               **DETENTION ORDER**

11  ADRIAN SIMS,

12                    Defendant.

13   The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes

14  there are no conditions which the defendant can meet which would reasonably assure the

15  defendant's appearance as required or the safety of any other person and the community.

16  **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

17   Defendant is charged with an offense that carries the presumption of detention.

18  Defendant has a long criminal history going back twenty years. He been convicted of serious

19  felonies including Assault in the Second Degree, and Unlawful Possession of Weapons. He has

20  convictions related to domestic violence. He has failed to appear for past court hearings and his

21  performance on state supervision has been problematic. He has an outstanding department of

22  corrections arrest warrant for his failure to report as directed.

23

DETENTION ORDER - 1

The circumstances of the allegations indicate defendant was allegedly involved in substantial drug trafficking activities. A large amount of drugs were founds when he was arrested as well as firearms.

It is therefore **ORDERED**:

(1)   Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)   Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)   On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)   The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 31st day of July, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

DETENTION ORDER - 2