# DEFENDANT STATUS SHEET

(One for each defendant)

## I.  CASE STATUS

Name of Defendant: ALAN GOMEZ-MARENTES

Has defendant had initial appearance in this case?  ☑ Yes   ☐ No

    MJ            CR 20-092 JCC-1

## II.  CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.  ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

    Defendant's Address:

☑ Letter to Defense Counsel for Appearance on August 13, 2020

    Defense Attorney's Name and address: Bob Goldsmith

The estimated trial time is   5   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET

(One for each defendant)

## I.   CASE STATUS

Name of Defendant: JUAN ANTONIO GONZALEZ-CARILLO

Has defendant had initial appearance in this case?   ☐ Yes   ☑ No

MJ                    CR 20-092 JCC-2

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.   ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is   5   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET

(One for each defendant)

### I.  CASE STATUS

Name of Defendant: LUIS ARTURO MAGANA-RAMIREZ

Has defendant had initial appearance in this case?  ☑ Yes   ☐ No

MJ              CR 20-092 JCC-3

### II.  CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☑ Temporary Detention, a detention hearing has been scheduled for 8/7 9:00 am / Weinberg

### III.  ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on August 13, 2020

   Defense Attorney's Name and address: Michael Martin

The estimated trial time is  5  days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for each defendant)

## I.   CASE STATUS

Name of Defendant: JOSE ELIAS BARBOSA

Has defendant had initial appearance in this case?   ☐ Yes   ☑ No

MJ                   CR 20-092 JCC-4

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.   ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is   5   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET

(One for each defendant)

## I.   CASE STATUS

Name of Defendant: JOSE DANIEL ESPINOZA

Has defendant had initial appearance in this case?   ☑ Yes   ☐ No

MJ                    CR 20-092 JCC-5

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.   ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on August 13, 2020

   Defense Attorney's Name and address: Scott Engelhard

The estimated trial time is   5   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for each defendant)

## I.  CASE STATUS

Name of Defendant: ESTEFHANY COREA MENDOZA

Has defendant had initial appearance in this case?  ☑ Yes   ☐ No

MJ                    CR 20-092 JCC-6

## II.  CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☑ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.  ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on August 13, 2020

   Defense Attorney's Name and address: Paula Olson

The estimated trial time is   5   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET

(One for each defendant)

## I.   CASE STATUS

Name of Defendant: ADRIAN IZAZAGA-MARTINEZ

Has defendant had initial appearance in this case?   ☑ Yes   ☐ No

MJ            CR 20-092 JCC-7

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.   ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on August 13, 2020

   Defense Attorney's Name and address: Phil Brennan

The estimated trial time is   5   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for each defendant)

## I.  CASE STATUS

Name of Defendant: JORGE MONDRAGON

Has defendant had initial appearance in this case?  ☑ Yes   ☐ No

MJ            CR 20-092 JCC-8

## II.  CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☑ Temporary Detention, a detention hearing has been scheduled for 8/7 10:00

## III.  ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on August 13, 2020

   Defense Attorney's Name and address: Tom Coe

The estimated trial time is   5   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET

(One for each defendant)

## I. CASE STATUS

Name of Defendant: BENJAMIN FUENTES

Has defendant had initial appearance in this case?    ☐ Yes    ☑ No

MJ                    CR 20-092 JCC-9

## II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III. ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is   5   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET

(One for each defendant)

## I.  CASE STATUS

Name of Defendant: LUIS ZAVALZA-SANCHEZ

Has defendant had initial appearance in this case?  ☑ Yes   ☐ No

MJ           CR 20-922 JCC-10

## II.  CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.  ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on August 13, 2020

   Defense Attorney's Name and address: Brent Hart

The estimated trial time is   5   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for each defendant)

### I.  CASE STATUS

Name of Defendant: ALYSHA JONES

Has defendant had initial appearance in this case?   ☐ Yes   ☑ No

MJ                    CR 20-092 JCC-11

### II.  CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

### III.  ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

  Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

  Defense Attorney's Name and address:

The estimated trial time is   5   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET

(One for each defendant)

## I. CASE STATUS

Name of Defendant: ARMANDO FIERRO PONCE

Has defendant had initial appearance in this case?  ☐ Yes  ☑ No

MJ                    CR 20-092 JCC-12

## II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III. ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is   5   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET

(One for each defendant)

## I. CASE STATUS

Name of Defendant: AMANDA MEYER

Has defendant had initial appearance in this case?  ☑ Yes   ☐ No

MJ             CR 20-092-JCC-13

## II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☑ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III. ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on August 13, 2020

   Defense Attorney's Name and address: Teymur Askerov/Chris Black

The estimated trial time is   5   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET

(One for each defendant)

## I. CASE STATUS

Name of Defendant: MICHAEL ANDREW WOOD

Has defendant had initial appearance in this case?  ☐ Yes  ☑ No

MJ                          CR 20-092 JCC-14

## II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III. ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

  Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

  Defense Attorney's Name and address:

The estimated trial time is   5   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET

(One for each defendant)

## I.  CASE STATUS

Name of Defendant: LUIS CASTILLO-BARRAGAN

Has defendant had initial appearance in this case?   ☑ Yes   ☐ No

MJ                   CR  20-092 JCC-15

## II.  CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.  ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on  August 13, 2020

   Defense Attorney's Name and address: James Feldman

The estimated trial time is    5    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET

(One for each defendant)

## I.  CASE STATUS

Name of Defendant: EFRAIN LUNA-RODRIGUEZ

Has defendant had initial appearance in this case?   ☐ Yes   ☑ No

    MJ                    CR 20-092 JCC-16

## II.  CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☑ Temporary Detention, a detention hearing has been scheduled for Arrested in California

## III.  ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

    Defendant's Address:

☑ Letter to Defense Counsel for Appearance on August 13, 2020

    Defense Attorney's Name and address:

The estimated trial time is   5   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for each defendant)

## I. CASE STATUS

Name of Defendant: JULIAN PINEDA CASILLAS

Has defendant had initial appearance in this case?   ☐ Yes   ☑ No

MJ                           CR 20-092 JCC-17

## II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III. ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is   5   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for each defendant)

## I. CASE STATUS

Name of Defendant: BLANCA GABRIELLA MEDINA

Has defendant had initial appearance in this case?   ☑ Yes   ☐ No

MJ                    CR 20-092 JCC-18

## II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☑ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III. ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on August 13, 2020

   Defense Attorney's Name and address: Nicholas Marci

The estimated trial time is   5   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET

(One for each defendant)

## I. CASE STATUS

Name of Defendant: RUTH GOMEZ-MARENTES

Has defendant had initial appearance in this case?  ☑ Yes    ☐ No

MJ                    CR 20-92JCC-19

## II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☑ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III. ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on August 13, 2020

   Defense Attorney's Name and address: Peter Camiel

The estimated trial time is   5   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET

(One for each defendant)

## I. CASE STATUS

Name of Defendant: ADRIAN SIMS

Has defendant had initial appearance in this case?  ☑ Yes  ☐ No

    MJ            CR 20-092 JCC-20

## II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III. ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

    Defendant's Address:

☑ Letter to Defense Counsel for Appearance on August 13, 2020

    Defense Attorney's Name and address: Lisa Mulligan

The estimated trial time is   5   days.

(Revised March 2018)