The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JOSE ELIAS BARBOSA (aka PRIMO, aka PRIETO),<br><br>　　　　　　　　　Defendant. | NO. CR20-092 JCC<br><br>[~~PROPOSED~~] ORDER CONTIUNING PRETRIAL MOTIONS DEADLINE<br><br>Noting Date: ~~July 25~~August 5, 2022 |

　　This matter comes before the Court on the Defendant's unopposed motion to continue the pretrial motions deadline.

　　The defendant moves to continue the pretrial motions deadline from July 26, 2022 to August 23, 2022

　　Accordingly, the Court FINDS as follows: Good cause exists to continue the pretrial motions cut-off date.

[~~PROPOSED~~] ORDER CONTIUNING PRETRIAL
MOTIONS DEADLINE - 1

MICHELE SHAW, P.S.
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com

The Court GRANTS the Defendant's motion to continue the pretrial motions deadline.

The pretrial motions deadline is hereby CONTINUED to August 23, 2022.

DONE this 5th day of ~~July~~ August 2022.

*signature*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

 *s/ Michele Shaw*
MICHELE SHAW, WSBA #19561
Michele Shaw, P.S.
2125 Western Ave., #330
Seattle, WA 98121
Telephone: (206) 448-9612
Fax: (206) 319-5473
Email: michele@micheleshawlaw.com

[~~PROPOSED~~] ORDER CONTIUNING PRETRIAL
MOTIONS DEADLINE - 2

**MICHELE SHAW, P.S.**
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com