THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ADRIAN SIMS, <br><br> Defendant. | CASE NO. CR20-0092-JCC-20 <br><br> ORDER |

This matter comes before the Court on Defendant's motion to seal his sentencing memorandum (Dkt. No. 1037). While the public has a common law right to inspect and copy public records, including those from judicial proceedings, these rights are not absolute. They must yield when (1) sealing a document serves a compelling interest, (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less restrictive alternatives for protecting the interest. *See United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017). Given the contents of Defendant's sentencing memorandum, the Court FINDS a compelling interest in maintaining it under seal. It further finds that those interests are likely to be harmed if disclosed and that no less restrictive alternatives exist to protect that interest. Accordingly, the motion to seal (Dkt. No. 1037) is GRANTED. The Clerk is DIRECTED to maintain Docket Number 1038 under seal.

//

DATED this 3rd day of March 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE